# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 1:17-cr-00420 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| **EDWARD JONES,** | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant Edward Jones' Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c), **Doc #: 447.** On July 30, 2019, Jones was sentenced to 92 months in the custody of the Bureau of Prisons ("BOP"), with credit for time served, after he pled guilty to one count of Conspiracy to Possess with Intent to Distribute and to Distribute Heroin in violation of 21 U.S.C. § 846. Doc #: 334. He is currently being held at FCI Beckley with an expected release date of May 7, 2024. Jones contends that he contracted COVID-19 at some time prior to his Motion. Doc #: 447. Jones also states that he suffers from high cholesterol and abnormal blood pressure and would be at a high risk of grave illness were he to contract COVID-19 again. *Id.* Jones accordingly asks the Court to release him to home confinement or otherwise to reduce his sentence. *Id.*

The statute authorizing compassionate release, 18 U.S.C. § 3582(c)(1), contains an exhaustion requirement. The exhaustion requirement mandates that a criminal defendant first ask the BOP to bring a motion for compassionate release on his behalf. 18 U.S.C. § 3582(c)(1). Thereafter, a defendant may file a motion for compassionate release in the district court only after

he has either fully exhausted his rights to appeal the BOP's failure to bring the motion on his behalf or when thirty days have passed from the warden's receipt of the request. 18 U.S.C. § 3582(c)(1)(A). This requirement is a "mandatory claim-processing rule" that does not permit a court to create any exception. *United States v. Alam*, 960 F.3d 831, 833–34 (6th Cir. 2020).

Jones' Motion does not indicate that he has satisfied the mandatory exhaustion requirements of § 3582(c)(1)(A), and the Court cannot waive them. Jones may file a motion for compassionate release in the district court once he has presented his request to the warden of his facility and at least 30 days have passed since the warden's receipt.

Accordingly, the Court *sua sponte* **DENIES WITHOUT PREJUDICE** the pending Motion for Compassionate Release. **Doc #: 447.**

**IT IS SO ORDERED.**

    */s/Dan A. Polster    March 4, 2021*
**Dan Aaron Polster**
**United States District Judge**